UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL HUFFMASTER, | Civil No.  C08-5466BHS-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant's request for an Extension is granted and the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including February 2, 2009, to file Defendant's responsive brief; and

• Plaintiff shall have up to and including February 17, 2009, to file an optional  reply brief.

DATED this 7th day of January, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone:  (206) 615-3748
FAX:  (206) 615-2531
Richard.Rodriguez@ssa.gov

Page 1        ORDER - C08-5466BHS-JKA]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28