# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILL M. HUFFMASTER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5466BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded EAJA fees of $3,837.27 and expenses in the amount of $21.24, pursuant to 28 U.S.C. § 2412, payable from the Judgment Fund pursuant to 31 U.S.C. § 1304.

| March 25, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk