# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILL M. HUFFMASTER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5466BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $12,337.27 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,837.27 that previously were awarded, leaving a net fee of $8,500.00. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance o0f $8,500.00, minus any applicable processing fees as allowed by statute.

| August 24, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk